[No. 11200-1-II.   Division Two.   December 2, 1988.]

CHRISTOPHER DOUG JOHNSTUN, *Respondent*, v. THE
DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86-2-00444-1, Don L. McCulloch, J., entered July 2, 1987. *Reversed* by unpublished opinion per

Reed, C.J., concurred in by Petrich and Alexander, JJ. Now published at 53 Wn. App. 140.